UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
FEB 21 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MONTANA-DAKOTA UTILITIES CO., A DIVISION OF MDU RESOURCES GROUP, INC., | CIV. 10-1005 |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| SOUTH DAKOTA INTRASTATE PIPELINE COMPANY, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the Joint Motion for Dismissal with Prejudice, it is ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees.

Dated this 21st day of February, 2012.

BY THE COURT:

*Charles B. Kornmann*

Charles B. Kornmann
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By *Barbara J. Papske*
DEPUTY
(SEAL)